# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3556

_____

NATHANIEL RAHEEM CHAPMAN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

September 23, 2020


PER CURIAM.

    AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nathaniel Raheem Chapman, pro se, Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman and Adam B. Wilson, Assistant Attorneys General, Tallahassee, for Appellee.